

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER DENYING MOTION FOR REHEARING

Appellate case name:     Kenneth Dean Martin v. The State of Texas

Appellate case number:   01-18-00445-CR

Trial court case number:   1512908R

Trial court:          371st Judicial District Court of Tarrant County

Date motion filed:     August 7, 2019

Party filing motion:    Kenneth Dean Martin

      It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ _____Peter Kelley_____
                ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Kelly, Goodman


Date: <u>September 12, 2019</u>